Domenico Meoli, Respondent, v. Anna Paone and John Paone, Appel-

lants.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly P. J., Manning, Young, Kapper and Hagarty, JJ.